IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-00779-PAB-NYW

Plaintiff(s),

JUDITH

SARNELLA

v.

Defendant(s). ERIC KUHNS, PHILLIP MEDLIN, JEFFERSON COUNTY
SHERIFFS DEPARTMENT

---

**NOTICE OF RELATED CASE TO PREVIOUS CASE (17-CV-02126-WYD) AND INTENT
TO CURE**

Plaintiff Judith Sarnella hereby provides notice to cure the defect in the

Cover Sheet to relate the instant case to 17-cv-02126-WYD. A corrected

Cover Sheet is filed with this Notice.

Signed: /s/ Selvoy Fillerup        Dated: June 4, 2018
Attorney for Judith Sarnella

Address of Attorney:
Selvoy Fillerup

1

Crestone Law Group, LLC
5353 W. Dartmouth Ave., Ste. 504
Denver, CO 80227
720-281-4668
selvoy@crestonelaw.com


Address of Plaintiff:
Judith Sarnella
8303 South Wadsworth Court
Littleton, CO 80128