IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00779-PAB-NYW

JUDITH SARNELLA, as personal representative of the estate of Deovalente Sarnella, Deceased,

    Plaintiff,

v.

ERIC KUHNS,
PHILLIP MEDLIN, and
JEFFERSON COUNTY SHERIFF DEPARTMENT,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 16] of Chief United States District Judge Philip A. Brimmer entered on March 8, 2019, it is

ORDERED that Defendants' Motion to Dismiss [Docket No. 12] is GRANTED. It is further

ORDERED that all claims against defendant Jefferson County Sheriff's Department are dismissed with prejudice. It is further

ORDERED that the constitutional claim under 42 U.S.C. § 1983 against defendants Eric Kuhns and Phillip Medlin is dismissed with prejudice. It is further

ORDERED that all other claims against defendants Eric Kuhns and Phillip Medlin are dismissed without prejudice for lack of jurisdiction. It is further

ORDERED that judgment is entered in favor of defendants Eric Kuhns, Phillip Medlin, and Jefferson County Sheriff Department and against plaintiff Judith Sarnella, as personal representative of the estate of Deovalente Sarnella, deceased. It is further

ORDERED that defendants are awarded their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 12th day of March, 2019.

        FOR THE COURT:

        Jeffrey P. Colwell, Clerk

        By s/ S. Grimm
          Deputy Clerk